DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE J. HART,**
Appellant,

v.

**THOMAS LOPRESTO,**
Appellee.

No. 4D22-1257

[September 8, 2022]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 432019CA001292.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Cory S. Carano of Kelly & Grant, P.A., Boca Raton, for appellant.

Leif J. Grazi of Grazi & Gianino, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***